# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 18-16387-MDC

ROBERT A WHITE

625 N. TYSON AVENUE

GLENSIDE, PA 19038

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ROBERT A WHITE

    625 N. TYSON AVENUE

    GLENSIDE, PA 19038

Counsel for debtor(s), by electronic notice only.

    CAROL B MCCULLOUGH
    65 W STREET RD
    SUITE A-204
    WARMINISTER, PA 18974-

Date: 5/6/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee