United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert A. White  
    Debtor

Case No. 18-16387-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Keith     Page 1 of 1     Date Rcvd: Jun 04, 2020  
                     Form ID: pdf900     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.

```
db              Robert A. White,    625 N. Tyson Avenue,    Glenside, PA 19038-3828
cr             +Wilmington Savings Fund Society, FSB, et als,    RAS Crane, LLC,
                 10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
14230106        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14220307       +McCullough Eisenberg, LLC.,    65 West Street Road,    Suite A-204,    Warminster Pa 18974-3229
14242079       +WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST,    9990 Richmond Ave. Suite 400 South,
                 Houston, TX 77042-4546
14352806       +Wilmington Savings Fund Society FSB,    dba Christiana Trust,    c/o Kevin G. McDonald, Esq,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Jun 05 2020 03:12:46      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2020 03:12:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 05 2020 03:12:45      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14242078       +E-mail/Text: bkteam@selenefinance.com Jun 05 2020 03:12:02      Selene Finance, LP,
                 9990 Richmond Ave. Suite 400 South,    Houston, TX 77042-4546
                                                                                               TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14209572       18-16387
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:

```
          CAROL B. MCCULLOUGH    on behalf of Debtor Robert A. White mcculloughEisenberg@gmail.com,
           cbmccullough64@gmail.com
          HAROLD N. KAPLAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et als
           hkaplan@rasnj.com
          KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et als
           bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et als
           kbuttery@rascrane.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et als
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
ROBERT A WHITE

Chapter 13

Debtor

Bankruptcy No. 18-16387-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

June 4, 2020

_____  
Magdeline D. Coleman  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
CAROL B MCCULLOUGH  
65 W STREET RD  
SUITE A-204  
WARMINSTER, PA 18974-

Debtor:  
ROBERT A WHITE

625 N. TYSON AVENUE

GLENSIDE, PA 19038